IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOSEPH KEITH KINSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | )   Civil Action No. 5:13-CV-264-C |

## ORDER

Plaintiff appealed an adverse decision of Defendant Carolyn W. Colvin, the Acting Commissioner of Social Security, pursuant to 42 U.S.C. §§ 405(g). The United States Magistrate Judge entered a Report and Recommendation. Neither party has filed written objections. It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and the above-styled and -numbered cause is hereby **DISMISSED WITH PREJUDICE** .

Dated December 9, 2014.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE